# MEMORANDUM
## United States District Court
Eastern District of New York

To: **Judge Dearie**
**United States District Judge**
From: **Mary Ann McGee**
**Appeals Clerk**

Date: 4/06/09
USDC# 07-cv-4868

<u>Sun v. City of New York</u>

**Attached please find Motion/Request for:**

| | Granted | Denied |
|---|---|---|
| X Leave to appeal in forma pauperis | | ✓ |
| ___ Certificate of Appealability | | |
| ___ Notice of Appeal. There is no request for or ruling on, Certificate of Appealability. | | |
| ___ Extension of Time to File Notice of Appeal | | |
| ___ Assignment of Counsel. | | |
| ___ Reconsideration | | |

DATED: 4/14/09

U.S. DISTRICT COURT JUDGE

Date: 4/9/09  
Docket Number: 09-1230-cv  
Short Title: Sun v. The City of New York  

DC Docket Number: 07-cv-4868  
DC: EDNY (BROOKLYN)  
DC Judge: Honorable Raymond Dearie  

## ORDER

Leave to proceed on appeal In Forma Pauperis is Granted ~~Denied~~

Date: 4/14/09

United States District Judge