UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
LINGFEI SUN,

                Plaintiff(s)

  -v-                                   **ORDER**
                                          CV 07-4868 (RJD)

THE CITY OF NEW YORK, et al.,

                Defendant.
----------------------------------------------------X

DEARIE, District Judge.

      This case was stayed March 23, 2009 pending a final decision on the merits in both of plaintiff's state court actions, currently pending before the New York Supreme Court of Queens County.

      The Clerk of the Court is directed to administratively close this action with leave to reopen upon notice to the Court that the state court actions have been decided.

**SO ORDERED.**

Dated:   Brooklyn, New York
             March 31, 2011

                                        s/ Judge Raymond J. Dearie

                                        _____
                                        RAYMOND J. DEARIE
                                        **CHIEF UNITED STATES DISTRICT JUDGE**